PER CURIAM.
We reverse the trial court’s order denying appellant’s motion for rehearing and for new trial in this civil action, and remand for a jury trial on the issue of damages only. See, e.g., Curbelo v. Ullman, 571 So.2d 443 (Fla.1990); Barth v. Fla. State Constructors Serv., Inc., 327 So.2d 13 (Fla.1976); Baron Auctioneer, Inc. v. Ball, 674 So.2d 212 (Fla. 4th DCA 1996); Barge v. Simeton, 460 So.2d 939 (Fla. 4th DCA 1984). See also Bruce J. Berman, Florida Civil Procedure ¶¶ 430.4, 430.5[3], at 512-14 (2005 ed.).
REVERSED and REMANDED, with directions.
WEBSTER, DAVIS and THOMAS, JJ., concur.